FILED
JAN 06 2015
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

1

I Am Writting This Because I Can Not Aford Any Other Way, But Its In Reguards To The Medical Treatment That I Have, Or Should I Say Have Not Had Since Comming Into The Fedural Bureau Of Prisons, So That You Have A Understanding I Will Start With Giving You The Detals Befor Coming Into The Federal Bureau Of Prisons And Than The Details While In The Federial Bureau Prisons In Hopes To Ask Is This Proper Medical Care Or Not And Can You Please Help Me To Get Proper Medical Care.

I Found Out I Had Hep C In 1998, My Ast And Alt Ran In The 50s, In The Middle Of 2005 They Jumped Into The 500 And 600 Range, I Had A Needle Biopsey Done At St Josephs Hospital, Parkersburg W.Va. At The Time I Was In The State Prison At St Marys Correctional Center, St Marys W.Va, The Started Me On Treatments Of Pega-Interferion And Ribion, Eight Weeks Into Treatment My Platlets Drop Out To 13 And They Discontinue Treatment, But My Ast And Alt Had Drop Back Into The 40s, Once Treatment Was Stoped My Ast And Alt Went Up To 150s Than Drop Back And Settled Into The 50s And Stayed There

So I Got Out Of Prison In W.Va In Aug 22, 2011 And Got Me A Doctor At Family Medicine At United Hospital Center Clarksburg, W.Va. A Doctor Kumar, Around Dec 2011 I Started To Retaining Fluid And When I Had Left The Prison In Aug 2011 The Doctor There Said I Was Retaing Amona And My Levals Where High And That Was A Sign I Was Going Into Liver Failure And Started Me On Lactlose 30ML A Day, In Dec 2011 I Went To Hospital For Fluid And Also Aply For SSI, I Was Granted My Disability And



Medicade Insurance, Doctor Kumar Told Me I Need To Get Cleaned Up Off Drugs So He Could Put Me On The Transplant List So Feb 2013 I Ask Him To Put Me In Detox So I Could Make A Start. He Did. While In Drug Detox At United Hospital Center At Clarksburg, W.Va. I Was Seen By Several Doctors One Doctor In Purticrure Was A Gasterrogest, Doctor Rodrigius Mauntas Who's Office Is In The Doctors Building At United ~~Hosit~~ Hospital Center, Clarksburg, W.Va. Doctor Mauntis Told Me If I Stayed Clean For 6 Months He Would Treat Me With A New Drug Just Approved In The U.S. Doctor Mauntis Said You Still Use The Pega Interferon And Ripion Along With This New Drug For Geno Type 1A Which Is What I Have. He Ran Blood Work On Me And Had A Altersound Done, I Said To Doctor Mauntis What About My Platlets Being Low And He Said He Would Treat Them I Said Do You Think It Is Worth It, Doctor Mauntis Said I Help Befor, So I Believe Him, Also Ask If I Had Been Vacinated For Hep A And B, I Said Yes, He ~~Said~~ Said The Blood Work Shows Antibodys For A But Not For B. So He Said Where Going To Vacinate You Agan For B, So I Received My First Shot For Hep B 2/7/13.

Three Weeks Later 2/27/13 I Started My Sentance For The Federal Bureau Of Prisons, My 2nd Hep B Shot Was Do March, I Did Not Receive It Untill May Which Was A Month Late, The Final One Was Do 8/11/13 And I Did Not Receive It Until October ~~A Month~~ Over A Month Late, Will I Had Got To Gilmer Federal Bureau Of Prison 6/2/13. My Platlets Was Already Low At 40 And Amona Levals Where 160 Befor Ariving At Gilmer Prison

I WROTE A SICK CALL ~~[illegible]~~ SLIP TO ASK FOR HEP C TREATMENTS, TO HAVE MY PLATLETS AND AMONA LEVALS CHECKED, NIPPLES SORE, CHECK EYS, NEEDED GLASSES AND HAD CATERACTS. THEY KEEP TELLING ME I HAD A CHRONIC CARE COMING UP, I KEPT WAITING AND WAITING AND FINLEY I HAD TO FILE PAPER WORK AND THAT WAS EVAN TURN DOWN, I MEAN HER I AM PLATLETS 40 ~~[illegible]~~ AMONA LEVALS 160 AND I CAN'T EVAN GET THEM TO DO BLOOD WORK OR EVAN SEE ME SO I WENT TO THE WARDEN, FINLEY THEY DID AT LEAST DRAW BLOOD 5 MONTHS AFTER ARRIVING THERE AND FINLEY SEEN ME IN OCTOBER. WILL WHEN MY BLOOD WORK CAME BACK MY PLATLETS WHERE 24 ~~A~~ CRIDIKTAL CONDIDION AND AMONA LEVALS 160, THE P.A. STARTED SEEING ME ONCE A MONTH, I ASK HIM FOR TREATMENTS AND HE SAID MY PLATLETS WAS TO LOW, I TOLD HIM THE GASTUROGUT ~~I~~ THAT I WAS SEEING ON THE OUTSIDE SAID HE WOULD TREAT MY PLATLETS ALONG WITH TREATMENTS, THE P.A. NAME WAS ~~A~~ NAULTIE SAID THEY WOULD NOT TREAT ME FOR HEP C BECAUSE MY PLATLETS WHERE TO LOW AND THEY WAS NOT EQUIPED TO TREAT PLATLETS THERE AND I WOULD BE MOVED, * SO I WAITED AND WAITED. MY LAST BLOOD WORK AT GILMER W.VA WAS 1/7/2014 AND PLATLETS AT 24 AND THE HEAD OF THE LAB CALLED GILMER B.O.P. W.VA TO LET DOCTOR KNOW THAT MY PLATLETS WHERE AT 24 WHICH THE PAPER SAID CRIDICAL CONDITION, MARCH 2014 I WAS MOVED AND ARIVED AT BUTNER MED II PRISON 3/21/14 I WAS SEEN 3/31/14 HERE AT BUTNER II N.C. BY LUCUIRE, PASCALE PA-C. I TOLD HER ALL THAT IS CONTAINED IN THIS LETTER, I ASK ~~HER~~ HER TO GIVE ME THE HEP C TREATMENT WITH WHAT * MY DOCTOR ON THE OUTSIDE WAS GOING * TO TREAT ME WITH WHICH WAS PEGA INTERFERON, RIPON AND THE ~~N[illegible]~~ NEW DRUG ALONG

With Treating My Platlets Like Doctor Malitias Said And She Said That They Would Not Because My Platlets Where To Low. I Said My Doctor Outside Befor Coming In Was Going To. She Said The Federal Bureau Of Prisons Would Not Because Of Platlets Once Again, Than ~~Said~~ She Said There Was Another New Drug Beside The One Doctor Malintis Told Me About And It Just Invouled Taking A Pill But ~~It~~ It And All Other Hep C Treatments Where Put On Hold By The Federal Bureau Of Prison Untill They Figured Out How They Where Going To Give Them.* So I Said In The Mean Time There Just Putting Me On Hold With The Chance That The Amona Levals Will Send Me Into Damintha And Loose My Mind Or Platlets Will Drop Out And I Will Bleed To Death, Or My Liver Will Clear Shut Down And I Will Die! She Said Thats What She Has To Go By, Than She Took Me To See Doctor Duchesne And She Told Him What I Had Told Her. He Ask If I Had Any Quistions And I Ask For Treatments And More Or Less I Was Just Shuged Off And Sent Off. The PA-C Said I Would Be Seeing A Outside Doctor. I Said A Liver ~~Specilist~~ Specalist And She Said Yes. Where I Stand Now My Platlets As Of Jan Where 24, Amona Levals 160 As Of Jan 7, 2014 And Thats Last Time Blood Work Was Done And It Now 4/1/14. As Far As I Can Tell My Memerary Is Still Excellant. Can Not Detect No Signs Of Damintha, I Just Beleive They Are Denighing Me Medical Treatment, And The Longer It Go's The Greater My Risk Of Death, I Beleive My Outside Doctor From United Hospital Center, Clarksburg W. Va, Doctor Rodrigas Malintis, Gasterrogist ~~Said~~ Said Just Maybe By Treating The Platlets And The Hep C New Treatments My Viral Load

Will Go Down, Amona Levals ~~Peep~~ Will Go Down And Platlets Will Come Up. I Mean I Can Do Nothing Like They Are Doing And It Can Only Get Worse Or I Can Fight It ~~A~~ With The New Drug Treatments And May BBe I Might Live And Get Better, Also When Seen By PA3 And Doctor They Dont Take No Blood Presure, Temputure, No Blood Ox ~~Percentage~~ ~~Pe~~ Percentages. On 4/2/14 I Was Called Out For Blood Work, She Took 3 Vals, Said They Where Checking For Antibodys For Hep A+B And Leval Panal. It Was Not A Fasting Blood Draw So That Means There Wont Be A Amona Leval Count. On 4/3/14 I Was Called Out At 730AM For X-Ray They Took X-Ray Of Front And Side Shot Of Chest, 4/4/14 They Took Me To Bottom Of Hill To Butner Medical Center And Was Gave A Altersound Of Liver And A Breathing Test Done On Machine For ~~COPD~~ COPD. 4/15/14 Went Back To Butner Hospital, Was There From 8AM And Finley At 3PM Seen ~~Gaste~~ Gasterogist Doctor ? , I Told Him The Whole Story Of What Went On In Past Years To Present, He Said Not To Worry To Much About Platlets And Amona Levals, He Said There Was A New Drug Approved For Hep C Treatments And The Feds Had It On Hold Until They Desided How They Or Who Would Get It. He Said They Would Proboblely Deside This Summer Or Fall, That It Just Involved Taking A Pill And Would Not Involve Pega Interferon. So The Platlets Should Not Be A Facter. He ~~Sa~~ Said Until The Feds Deside He Would Recamend A Sona Gram Of The Liver Once A Year Because A Lot Of Times Hep C Or Cirrosaes Turns Into Cancer. I Told Him The Did A Altersount At United Hospital Cener A Year Ago

RIGHT BEFOR I COME IN AND ALSO ONE THERE 2 WEEKS AGO, HE ~~SAID~~ SAID I DONT SHOW THE RESULTS ON MY COMPUTER, HE SAID WILL TAKE A LOOK DOWN ~~OR~~ YOUR THROAT WITH A CAMER FOR VERUCOSE VAINS. THERE ARE MEDS THAT WILL LOWER PRESURE IN THEM IF YOU HAVE THEM AND HELP KEEP THEM FROM RUPTURING, SO I AGREE, ALL IN ALL I LIKE THE DOCTOR, WHAT I DID NOT LIKE WAS THE FEDERAL BUREAU OF PRISONS PUTTING HEP C TREATMENTS ON HOLD UNTILL THEY DESIDE WHAT, WHO AND HOW THEY WOULD GIVE THEM TO, IN WHICH IS PUTTING ME AT GREATER RISK BY DELAYING TREATMENTS, THE DOCTOR DID SAY I NEED THEM TREATMENTS, 5/11/14 MONDAY I WAS CALLED TO MEDICAL FOR BLOOD WORK AND TO SEE NURSE 20. SHE SAID I WOULD GO DOWN NEXT WEEK TO BUTNER HOSPITAL AND STAY OVER NIGHT AND HAVE MY THROAT SCOPED. 5/13/14 I WAS CALLED TO LAB AGAIN FOR FASTING BLOOD WORK. 5-18-14 WENT DOWN TO BUTNER HOSPITAL TO HAVE THE SCOPE RUN DOWN THROAT TO CHECK FOR VARIESEES BUT HAD GOT SICK OVER WEEK END WITH SORE THROAT AND THEY SAID THEY WOULD ~~RECH~~ RESCHDLE THE PROCEDURE FOR NEXT WEEK. THE NURSE DID E-MAIL PA-C LUCUPRE, PASCALE ABOUT MY CONDITION. HAVE NOT HERD FROM HER SINCE BACK, 5-19-14 DID FINLEY SEE EYE ~~B~~ DOCTOR AND SHE SAID CATERACTS ON SCALE OF 1 TO 4 WHERE A 1 AND THAT I DID NEED GLASSES FOR DISTANT. SHE SAID I HAD A LITTLE STIGATISIAM BUT THAT COULD BE EXSPECTED THAT IM GETTING OLDER. 7/21/14 I AM AT BOP BUTNER HOSPITAL 7/22/14 7AM I AM ~~AT~~ TO HAVE LIGHT ~~AND~~ AND CAMRA RUN DOWN MY THROAT TO CHECK FOR VERASEES. THE ANISTIZEOLOGIST IS NOT HAPPY BECAUSE BUTNER II DID NOT FOLLOW HIS INSTRUCTION CONCERNING MY PLATLET COUNT AND WHAT

What To Do Befor I Come To Hospital, My Platlets Are At 41, The Gasteroglist Told Me I Would Be O/K Because He Was Just Going To Take A Look See And Wouldn't Do No Banding, They Put Me Under About 11:30am And Was Done About 12:15PM, The Gasteroglist Told Me Face To Face He Had Good News, I Had No Verisees And He Was Going To Recommend Me For Treatments For My Hep C. So Thats Where It Stands Now, So In The Mean Time I'm Going To Put In A Health Servise Requst Here At Butner II For Treatments And See There Going To Follow There Own Specialist, Gasteroglist Recomdations, It Is Now 11/23/14 And Still No Treatment, Shortley After 7/21/14 I Went To My P.A. And She Set Me Up To See M.D. Patrick Craft Here And He Said There Are Paper Work That Has To Be Done Befor Treatment, He Had Me Sign A Piece Of Paper For The Drugs To Be Used In Treatment, They Where Ribavirin, Sovaldi And Something Else And Peginterferon Had Been Crossed Out. I Did Not Understand This Because The Hep C Treatment With 89% Cure Rate Is Peginterfero Alfa, Ribavirin, Sovaldi For 12 Weeks, I Ask Him If The Other Drug Takes The Place Of The Peginterferion, He Said He Did Not Know And He Would Have To Read Up On It. He Said I Would Have To Be Seen By Psychology And Have Blood Work Done. So A Week Later I Was Seen By Psychology And She Said I Was Alright For Treatments "Good Luck" And Medical Took 7 Vials Of Blood. Its 11/23/14 Now And Haven't Herd Nothing, Still Being Slow Walked Or Lied To. Evan After Gasteroglist Recommended Me For Treatments And Said I Need Them. I Started Asking For Treatment Almost 2 Years Ago And Still Have Not Received None. Are They Hoping I Die? It Is Now 12/27/14 And Still No

Treatments, They Have The Medication. How Can They Just Set And Not Give Me Treatments. To My Knowledge No One Here Is Being Treated And There Are A Lot Of People Here In My Condition. I Watch Them Bleed Out, Loose There Minds And Think Am I Next Or How Long Till Thats Me. How Can This Be Going On In America?, Enough said or I just don't know what else to say. Just want to live, spoil a couple of granddaughters, Just don't know what to do for one except to pray God will intervene somehow?

Sincerely,
Brad Hutson

Brad Hutson
08471-087
Federial Correctional Institution 2
P.O. Box 1500
Butner, NC 27509